UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAHREEM PERRY,

Plaintiff,

-against-

CO FERNANDEZ,

Defendant.

RECEIVED
MAY 29 2025
PRO SE OFFICE

FIRST
AMENDED
COMPLAINT

24-CV-8438

## STATEMENT OF FACTS

1. Plaintiff was arrested and charged with robbery and burglary in the first degree on October 23, 2021.

2. With the exception of May 2, 2023, May 22, 2023, November 8, 2023, December 18, 2023, January 30, 2024, February 1, 2024 and February 2, 2024, plaintiff appeared for Court on each of the scheduled court dates listed in the attached "Web Criminal". Exhibit A

3. Plaintiff was detained at Riker's Island. On each scheduled court date plaintiff was strip-searched at Riker's

prior to boarding a bus destined for court located at 100 Centre Street, New York County.

4. Upon arriving at court plaintiff would again be strip-searched by defendant. Plaintiff is of the muslim faith and should not have been stripped searched by someone of another faith— especially a man.

5. When plaintiff protest the strip search on the basis of his faith defendant laughed saying "where do you think you're at? This is America, not the middle-east.

6. The second strip search at the courthouse each court trip was unnecessary because after the strip searches at Riker's, plaintiff, under constant supervision, would be shackled and placed in a single cage on the bus. Since plaintiff had no opportunity to acquire contraband during the supervised transportation from Riker's to

2

the courthouse the second strip search furthered no legitimate penological goal.

7. In a State Court proceeding under Index No. 1504262/2024, on May 6, 2025, the Court held that the strip searches conducted by this Defendant was unconstitutional.

## FIRST CAUSE OF ACTION

8. Defendant's second strip search and ridicule of plaintiff's faith violated plaintiff's First Amendment religious rights and 42 U.S.C. Section 2000 cc-1. Jean-Laurent v. Wilkerson, 438 F. Supp. 2d 318 (S.D.N.Y. 2006).

## SECOND CAUSE OF ACTION

9. Defendant's second strip search violated plaintiff's Fourth Amendment right. Harris v. Miller, 818 F3d 49, 58 (2d Cir. 2016).

## RELIEF

WHEREFORE, plaintiff request the following relief:

3

10. $100,000 in compensatory damages against Defendant for the humiliation imposed upon plaintiff.

11. $100,000 in punitive damages against Defendant.

Grant such other relief this court deem proper.

Dated: May 19, 2025

Kahreem Perry
Kahreem Perry
Cayuga Corr. Fac.
2202 State Route 38A
PO Box 11
Moravia, N.Y. 13118

4

Kahreem Perry 24 68 38
**CAYUGA CORRECTIONAL FACILITY**
**P.O. BOX 1150**
**MORAVIA, N.Y.  13118**

Pro Se Office Clerk
U.S. Dist. Court
500 Pearl Street
New York, N.Y. 10007

LEGAL MAIL
CAYUGA CORRECTIONAL FACILITY

RECEIVED
MAY 29 2025
PRO SE OFFICE