```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KAHREEM PERRY,                                                     :
                                                                   :
                              Plaintiff,                           :
                                                                   :           24-cv-8438 (LJL)
                -v-                                                :
                                                                   :               ORDER
CO FERNANDEZ,                                                      :
                                                                   :
                              Defendants.                          :
                                                                   X
-----------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

As stated at the conference today, the City shall explore the possibility of making available to Plaintiff photographs of the possible defendants. By August 7, 2025, the City shall provide to the Court with its position on this matter, including, if applicable, a proposal for making the photographs available to Plaintiff.

The Court will hold a conference on August 26, 2025, at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Defendant is directed to contact the facility where Plaintiff is being held to ensure his attendance.

SO ORDERED.

Dated: July 17, 2025  
      New York, New York  
                                                     LEWIS J. LIMAN  
                                                United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 07/17/25