```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAHREEM PERRY,                                                     :
:
:
                              Plaintiff,                           :
:           24-cv-08438 (LJL)
       -v-                                                         :
:           ORDER
:
JOHN DOE #1 ET AL,                                                 :
:
                              Defendants.                          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a Telephone Conference in this matter on August 26, 2025. At the conference, the Court set a deadline for the Plaintiff to file his amended complaint of September 12, 2025. The next Telephonic Status Conference is scheduled for October 14, 2025 at 2:00PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442 and use Conference ID# 358639322.

      SO ORDERED.

Dated: September 9, 2025
       New York, New York

                                                      LEWIS J. LIMAN
                                             United States District Judge