```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAHREEM PERRY,

                Plaintiff,

      -v-

JOHN DOE #1 ET AL,

                Defendants.
------------------------------------------------------------------X

24-cv-8438 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The time for Defendant to respond to the Second Amended Complaint, Dkt. No. 22, is stayed pending further order of this Court. Any party who wishes to lift the stay of the Defendants time to answer may write the Court requesting that relief.

      SO ORDERED.

Dated: October 14, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                       United States District Judge