```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAHREEM PERRY,

                      Plaintiff,

      -v-

JOHN DOE # 1 ET AL,

                    Defendants.

------------------------------------------------------------------X

24-cv-8438 (LJL)

ORDER OF SERVICE

LEWIS J. LIMAN, United States District Judge:

      Plaintiff, appearing *pro se* and proceeding *in forma pauperis*, brings this action under 42 U.S.C. § 2000cc-1 and the Fourth Amendment seeking compensatory and punitive damages. The Clerk of Court is directed to electronically notify the New York City Law Department and the New York City Department of Corrections of the Plaintiff's Second Amended Complaint on September 22, 2025. Dkt. No. 22. The Court requests that the defendants waive service of summons.

      SO ORDERED.

Dated: October 14, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                          United States District Judge