UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

KAHREEM PERRY,

                Plaintiff,

    -v-

JOSE VALDEZ ET AL.,

              Defendants.

----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/16/2026

24-cv-8438 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have submitted a Stipulation and Order of Dismissal stating that the District Court shall, notwithstanding the dismissal, "retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter." Dkt. No. 34 at 2. Absent good cause, the Court does not retain jurisdiction to enforce settlement agreements that have not been filed with the Court. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court.

    SO ORDERED.

Dated: April 16, 2026
      New York, New York
                               _____
                                   LEWIS J. LIMAN
                             United States District Judge